UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BERNARD T. ANDERSON BEY,

                        Plaintiff,

            -against-                                    **ORDER**

ROC NATION, LLC, SHAWN C. CARTER,                21-CV-3314 (PAE) (JW)
and LIVE NATION ENTERTAINMENT, INC.,

                        Defendants.
------------------------------------------------------------X

        To the extent the Court's case management plan is not clear (Dkt. No. 78), and as discussed

during the parties' conference on May 31, 2022, the parties' exchange of initial disclosures and

any other deadlines relating to discovery are stayed in light of Judge Engelmayer's anticipated

decisions on defendants' motions to dismiss. If Judge Engelmayer denies defendants' motions to

dismiss, discovery shall commence and proceed as detailed in the Court's case management plan

at Dkt. No. 78.


SO ORDERED.

Dated:  New York, New York
        June 15, 2022                            *Jennifer E. Willis*
                                                 JENNIFER E. WILLIS
                                                 United States Magistrate Judge

1