UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BERNARD T. ANDERSON BEY,

                Plaintiff,

   -against-                                  **ORDER**

ROC NATION, LLC, SHAWN C. CARTER,        21-CV-3314 (PAE) (JW)
and LIVE NATION ENTERTAINMENT, INC.,

                Defendants.
------------------------------------------------------------X

        The Court has reviewed docket entries 84, 87, 88, 91, 92, and 96. Any documents or evidence in support of Plaintiff's claims should not appear on the docket unless they are attached as an exhibit to a particular motion before the Court.

SO ORDERED.

Dated: New York, New York
       June 15, 2022                                            JENNIFER E. WILLIS
                                                                United States Magistrate Judge