UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BERNARD T. ANDERSON BEY,

                Plaintiff,              **ORDER**
    -against-                    21-CV-3314 (PAE) (JW)

ROC NATION LLC, SHAWN C. CARTER,
and LIVE NATION ENTERTAINMENT,
INC.,

                Defendants.
------------------------------------------------------------X

      Plaintiff's request (Dkt. No. 102) is denied for failure to comply with the Court's Individual Practices and because none of the allegations in Plaintiff's letter relate to Plaintiff's claims against Defendants.

      **<u>The Clerk of Court is directed to mail a copy of this Order to Bey.</u>**

Dated: New York, New York
August 10, 2022

                                                 *Jennifer E. Willis*
                                               JENNIFER E. WILLIS
                                               United States Magistrate Judge