UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anderson Bey

(List the full name(s) of the plaintiff(s)/petitioner(s).)

1:21 cv 03314 ( )( )

-against-

Roc Nation LLC et al

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

(List the full name(s) of the defendant(s)/respondent(s).)

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on 5/1/23 but did not file a notice of appeal within the required time period because:

Of the illness of my father; hospitalization and unfortunate passing on June 14th 2023 and other family issues as well as awaiting a decision on F.R.C.P. 52(a) & (b) motions & 59 for new trial.

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

Dated: 6/30/2023

Signature: Bernard Bey

Name (Last, First, MI): Anderson Bey Bernard T.

Address: 35 Dwight Street Apt 6B Brooklyn NY 11231

Telephone Number: (929) 969-0709

E-mail Address (if available): bernardandersonbey@gmail.com

Rev. 12/23/13

Granted. As plaintiff timely moved to, *inter alia*, set aside the Court's findings pursuant to Fed. R. Civ. P. 52, *see* Dkt. 110, his time to file an appeal runs from entry of the Court's order disposing of that motion. *See* Fed. R. App. P. 4(a)(4). SO ORDERED.

Date: July 7, 2023

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Anderson Bey

(List the full name(s) of the plaintiff(s)/petitioner(s).)

1:21 cv 03314 ( )( )

-against-

**NOTICE OF APPEAL**

Roc Nation LLC et al

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Bernard T. Anderson Bey

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the ☒ judgment ☐ order entered on: 5|1|2023

(date that judgment or order was entered on docket)

that: Gamesmanship and fraud upon the court based on misrepresentation of defendants; undue delay & prejudice of substantive and proceedural due process.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

6/30/2023                     Bernl Bey
Dated                          Signature

Anderson Bey Bernard T.
Name (Last, First, MI)

35 Dwight Street Apt 6B Brooklyn NY 11231
Address            City              State        Zip Code

(929) 969-0709          bernardandersonbey@gmail.com
Telephone Number         E-mail Address (if available)

---

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13