UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BERNARD T. ANDERSON BEY,

                              Plaintiff,

            -v-

ROCNATION LLC ET AL.,

                              Defendants.

21 Civ. 3314

ORDER

---

PAUL A. ENGELMAYER, District Judge:

        In 2021, *pro se* plaintiff Bernard T. Anderson Bey initiated this action, Dkt. 1, which the Court referred to the Honorable Jennifer E. Willis, United States Magistrate Judge, for general pretrial supervision and resolution of dispositive motions, Dkts. 51, 68, 112. On May 1, 2023, the Court adopted in full two Reports from Judge Willis, dismissing Bey's claims against all defendants for failure to state a claim and directing the Clerk of Court to terminate the case. Dkt. 109. On February 13, 2024, the Court adopted in full another Report from Judge Willis, denying Bey's motions to set aside findings of fact, for a new trial, for preliminary injunctive relief, and for sanctions against defendants. Dkt. 143. The Court also imposed an anti-filing injunction on Bey, requiring him to submit a motion for leave to file and an accompanying statement before making additional filings in this matter in the future. *Id.*

        In recent weeks, Bey has filed several motions on the docket. *See* Dkts. 164–66. Because this case was terminated in 2023, Bey is directed to cease filing any further motions on the docket.

        The Clerk of Court is respectfully directed to terminate all pending motions.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: November 17, 2025
       New York, New York

2